IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:21-bk-04480-GER

ZALANDE JOSEPH,

    Debtor.
_____/

**OBJECTION TO CLAIM 2-1 OF LVNV FUNDING, LLC**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.**
>
> **If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**
>
> **If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

    COMES NOW the Chapter 13 Trustee, Laurie K. Weatherford, and files this Objection to Claim No. 2-1 of LVNV Funding, LLC (the **"Creditor"**), and states as follows:

1. Creditor filed Claim No. 2-1 in this case in the amount of $1,029.49.

2. Pursuant to said Claim, the debt was charged off and/or the last payment was made on November 22, 2007.

3. Therefore, this claim is barred by Florida's statute of limitations, FS 95.11(2)(b).

WHEREFORE the Trustee respectfully requests that this Honorable Court enter an order sustaining her objection and disallowing the Creditor's Claim in its entirety, and for any other relief as the Court feels is appropriate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transfer on January 12, 2022, to:

**Debtor(s)** –Zalande Joseph, 2215 Greenview Circle, Orlando, FL 32808

**Debtor Counsel** – Wayne B. Spivak, Esquire, Attorney for Debtor, 500 Winderley Place, Unit 100, Maitland, Fl 32751

**Creditor –** LVNV Funding, LLC, **by Certified Mail to:** c/o Officer, Manager or General Agent, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587

**Creditor –** LVNV Funding, LLC, **by Certified Mail to:,** c/o David Lamb, Claims Processor, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587

**Creditor** – LVNV Funding, LLC, c/o David Lamb, Claims Processor, Resurgent Capital Services, via email at: askbk@resurgent.com

/s/Laurie K. Weatherford_____
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665